1
2                    UNITED STATES DISTRICT COURT
3                    EASTERN DISTRICT OF WASHINGTON
4
5  JAN MAJELLA FREEMAN,                )
   a/k/a JAN MEJELLA FREEMAN,           )
6                                       )
            Plaintiff,                  )
7                                       )      NO.  CV-10-328-CI
      vs.                               )
8                                       )      **JUDGMENT IN A**
   MICHAEL J. ASTRUE,                   )      **CIVIL CASE**
9  Commissioner of Social Security,     )
                                        )
10          Defendant.                  )
                                        )
11 _____ )

12
   **DECISION BY THE COURT:**
13
   This action came to hearing before the court.  The issues have been heard
14
   and a decision has been rendered.
15
   **IT IS ORDERED AND ADJUDGED** that:
16
   Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is
17
   remanded to the Commissioner for additional proceedings pursuant to sentence
18
   four 42 USC Section 405(g).  Defendant's Motion for Summary Judgment is
19
   **DENIED.**
20
   DATED this 6th day of February, 2012.
21
                                         JAMES R. LARSEN
22                                       District Court Executive/Clerk
23
24
                                    By:  s/Renea Ferrante
25                                       Deputy Clerk
26

1 | cc: all counsel